UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>        Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>        Defendants. | No. 2: 21-cv-0572 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On December 21, 2021, the Honorable John A. Mendez revoked plaintiff's in forma pauperis status and ordered plaintiff to pay the $402.00 filing fee within thirty days of the date of the order. (ECF No. 58.)

On January 5, 2022, plaintiff filed a letter with the court acknowledging the December 21, 2021 order directing him to pay the filing fee. (ECF No. 60.) In this letter, plaintiff asks if there is a deadline for him to pay the filing fee. (Id.)

The December 21, 2021 order granted plaintiff thirty days to pay the filing fee. Based on plaintiff's confusion regarding this deadline, plaintiff is granted thirty days from the date of this order to pay the filing fee. If plaintiff does not pay the filing fee within that time, the undersigned will recommend dismissal of this action.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to pay the $402.00 filing fee.

Dated: January 10, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mer572.ord

2