UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | No. 2:21-cv-0572 JAM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On December 21, 2021, the court granted defendants' motion to revoke plaintiff's in forma pauperis status and directed plaintiff to pay the $402 filing fee. (ECF No. 58.) On February 7, 2022, plaintiff paid the filing fee.

On February 14, 2022, plaintiff filed a notice of change of address. (ECF No. 66.) In this document, plaintiff requests that the court return to him the money previously deducted from his trust account toward payment of the filing fee. (Id.) Plaintiff estimates this amount to be $80. (Id.)

Plaintiff is informed that the court previously received $49 from plaintiff's trust account for payment of the filing fee in this action. The undersigned herein directs the Financial Department of the court to refund plaintiff the $49 previously paid toward the filing fee in this action.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Financial Department of the court is directed to refund plaintiff $49 previously paid toward the filing fee in this action;
2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court and the Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California, 95814.

Dated:  February 17, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Meri0572.31