UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>    Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>    Defendants. | No. 2:21-cv-0572 JAM KJN P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 69) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint; if plaintiff does not file an amended complaint within thirty days, defendants Navarro and Gomez shall file a response to the original complaint within forty-five days of the date of this order.

Dated: March 4, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

meri0572.36