UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No. 2: 21-cv-0572 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2022, plaintiff filed a motion requesting that the court "fix the problem" with his filing fees. (ECF No. 76.) For the reasons stated herein, this motion is denied.

　　　　On December 21, 2021, the court granted defendants' motion to revoke plaintiff's in forma pauperis status and directed plaintiff to pay the $402 filing fee. (ECF No. 58.) On February 7, 2022, plaintiff paid the filing fee. On February 18, 2022, the undersigned directed the Financial Department of the court to refund plaintiff $49 previously paid toward the filing fee. (ECF No. 67.)

　　　　In the pending motion, plaintiff alleges that prison officials continue to take money from plaintiff's trust account to send to the court for the filing fee in the instant action. (ECF No. 76.)

　　　　Plaintiff is informed that the Financial Department of the court has not received additional money from the prison for plaintiff's filing fee in this action. Accordingly, plaintiff's motion for

1

the court to "fix the problem" with the filing fees is denied.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to "fix the problem" with filing fees (ECF No. 76) is denied.

Dated: April 12, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mer572.sta

---

[1] If plaintiff obtains documents from the prison showing that money is being removed from his trust account to pay the filing fee in this action, he shall submit these documents to the court.