1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   FRANCISCO MERINO,                        No.  2: 21-cv-0572 JAM KJN P

12                 Plaintiff,

13         v.                                 ORDER

14   GOMEZ, et al.,

15                 Defendants.

16

17         Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  For the reasons stated herein, the April 14, 2022 findings and

19   recommendations recommending dismissal of defendant Warden Lynch (ECF No. 79) are

20   vacated, and plaintiff is granted thirty days to file a third amended complaint.

21         On April 14, 2022, the undersigned ordered defendants Navarro and Gomez to file a

22   response to the second amended complaint.  (ECF No. 79.)  On May 4, 2022, defendants Navarro

23   and Gomez filed an answer to the second amended complaint.  (ECF No. 82.)

24         On April 14, 2022, the undersigned also found that plaintiff's second amended complaint

25   failed to state a potentially colorable claim for relief against defendant Warden Lynch.  (ECF No.

26   79.)  In relevant part, plaintiff alleged that his cellmate attacked him on October 23, 2020.  (Id. at

27   1.)  Plaintiff alleged that defendant Warden Lynch knew the danger plaintiff faced from his

28   cellmate because defendant Warden Lynch read his grievance.  (Id. at 2.)  In the April 14, 2022

                                              1

findings and recommendations, the undersigned found that plaintiff did not plead sufficient facts demonstrating that defendant Warden Lynch read plaintiff's grievance.  (Id. at 3.)  The undersigned found that it was not reasonable to infer that defendant Warden Lynch read plaintiff's grievance based only on plaintiff's allegation that his grievance went to defendant Warden Lynch's office.  (Id.)  Because it did not appear that plaintiff could cure the pleading defects against defendant Warden Lynch, the undersigned found that no further amendments should be permitted.  (Id. at 3-4.)

On April 26, 2022, plaintiff filed objections to the findings and recommendations.  (ECF No. 81.)  Plaintiff alleges that he has a grievance showing that defendant Warden Lynch reviewed his grievance raising his claims regarding his cellmate.  (Id. at 1.)  Plaintiff alleges that defendant Warden Lynch denied and signed this grievance.  (Id.)

As a result, plaintiff may be able to state a potentially colorable claim for relief against defendant Warden Lynch based on the allegations in the objections.  Accordingly, in an abundance of caution, the April 14, 2022 findings and recommendations are vacated and plaintiff is granted thirty days to file a third amended complaint.

The third amended complaint shall include plaintiff's claims and allegations against defendants Navarro and Gomez.  The third amended complaint shall include plaintiff's claim that defendant Warden Lynch denied and signed plaintiff's grievance raising his claims regarding his cellmate.  The third amended complaint shall address what plaintiff's grievance stated regarding plaintiff's safety concerns regarding his cellmate.  The third amended complaint shall also address the date plaintiff submitted the grievance to defendant Warden Lynch and the date defendant Warden Lynch signed this grievance.  If possible, plaintiff shall attach a copy of defendant Warden Lynch's response to his grievance to the third amended complaint.

Accordingly, IT IS HEREBY ORDERED that:

1.  The April 14, 2022 findings and recommendations (ECF No. 79) are vacated;

2.  Plaintiff is granted thirty days from the date of this order to file a third amended complaint; defendants are not required to respond to the third amended complaint until ordered by the court;

3.  The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint;

4.  If plaintiff does not file a third amended complaint, the undersigned will again recommend dismissal of defendant Warden Lynch.

Dated:  May 17, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mer572.vac

3