UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO MERINO,

        Plaintiff,

   v.

GOMEZ, et al.,

        Defendants.

No. 2: 21-cv-0572 TLN KJN P

ORDER

     Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the reasons stated herein, the California Department of Corrections and Rehabilitation is ordered to clarify its records regarding the fees owed by plaintiff in the instant action.

     On December 21, 2021, the court granted defendants' motion to revoke plaintiff's in forma pauperis status and directed plaintiff to pay the $402 filing fee. (ECF No. 58.) On February 7, 2022, plaintiff paid the filing fee in full.

     On July 1, 2022, plaintiff filed a notice of appeal to the Ninth Circuit Court of Appeals. (ECF Nos. 95, 96.) The filing fee for this appeal is $505. The Financial Office of the Court informed the undersigned that plaintiff's balance owed for the filing fee is $491.

////

On November 17, 2021, plaintiff filed a pleading with the court requesting that prison officials stop taking money from his prison trust account to pay the filing fee in the instant action. (ECF No. 121.) Attached to this document is a form titled "Inmate Statement Report." (Id. at 3.) Under the section of this form titled "Obligation List," this form indicates that plaintiff owes a filing fee of $402 for the instant action. (Id.) This form indicates that on November 1, 2022, $6.00 was paid to the Court from plaintiff's trust account toward this filing fee. (Id.)

The Inmate Statement Report indicates that plaintiff still owes the $402 filing fee for this action. As discussed above, plaintiff paid this filing fee. The Inmate Statement Report does not reflect the $505 filing fee plaintiff owes for his appeal filed on July 1, 2022. In addition, as of November 22, 2022, the Financial Office of the Court did not receive the $6.00 payment reflected in the Inmate Statement Report.

For these reasons, the California Department of Corrections and Rehabilitation is ordered to file a status report clarifying their records regarding plaintiff's filing fees owed in the instant action. The California Department of Corrections and Rehabilitation shall also address when they sent the $6.00 payment to the Court reflected in the Inmate Statement Report.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen days of the date of this order, the California Department of Corrections and Rehabilitation shall file a status report clarifying their records regarding plaintiff's filing fees owed in the instant action, as discussed above;

2. The Clerk of the Court is directed to serve a copy of this order on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the Court.

Dated: November 28, 2022

Mer572.ord(4)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE