UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>            Plaintiff,<br><br>     v.<br><br>GOMEZ, et al.,<br><br>            Defendants. | No. 2: 21-cv-0572 DAD KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court are plaintiff's requests for a ruling and to not be housed at Folsom Prison.  (ECF Nos. 122, 123.)

<u>Request for Ruling (ECF No. 122)</u>

      In the request for ruling, plaintiff requests a ruling on the merits of this action.  Plaintiff alleges that both he and his witnesses were questioned by defense counsel months ago.

      Pursuant to the scheduling order filed May 6, 2022, the dispositive motion deadline is December 2, 2022.  (ECF No. 83.)  Following resolution of dispositive motions, this action will be set for trial if appropriate.

      Accordingly, plaintiff's request for a ruling is deemed resolved.

////

////

<u>Request to Not Be Housed at Folsom Prison (ECF No. 123)</u>

Plaintiff requests that he not be housed at Folsom Prison if he is required to attend court in Sacramento. Plaintiff fears for his safety if he is housed at Folsom Prison.

Plaintiff's request to not be housed at Folsom Prison is premature because plaintiff has not been ordered to appear in court in Sacramento. If this action proceeds to trial, and plaintiff is ordered to appear in court in Sacramento, he may renew his request to not be housed at Folsom Prison.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for a ruling (ECF No. 122) is deemed resolved;

2. Plaintiff's request to not be housed at Folsom (ECF No. 123) is denied as premature.

Dated: November 28, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mer572.ord(5)

2