IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>GOMEZ, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:21-cv-00572-DAD-KJN<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE** |

　　　Pending before the court is defendants' motion for a forty-five days extension of time to file a dispositive motion.

　　　Good cause shown, Defendants' motion (ECF No. 126) is GRANTED.  The deadline to file a dispositive motion is extended to January 11, 2023.

Dated:  December 1, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mer572.eot(d)

kc

1