UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No. 2: 21-cv-0572 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's November 17, 2022 request for a court order directing prison to stop taking money from plaintiff's trust account for the filing fee in this action. (ECF No. 121.) For the reasons stated herein, plaintiff's request is deemed resolved.

　　　　On February 7, 2022, plaintiff paid the filing fee for this action in full.

　　　　Plaintiff attached to his November 17, 2022 request a form titled "Inmate Statement Report." (Id. at 3.) Under the section of this form titled "Obligation List," the form indicated that plaintiff owed a filing fee of $402 for the instant action. (Id.) The form indicated that on November 1, 2022, $6.00 was paid to the court from plaintiff's trust account toward this filing fee. (Id.)

　　　　On November 28, 2022, the undersigned directed the California Department of Corrections and Rehabilitation ("CDCR") to file a status report clarifying their records regarding

plaintiff's filing fees owed in the instant action. (ECF No. 124.) In this order, the undersigned also stated that on July 1, 2022, plaintiff filed a notice of appeal in this action to the Ninth Circuit Court of Appeals. (Id.) The filing fee for this appeal is $505. (Id.) The Financial Office of the Court informed the undersigned that plaintiff's balance owed for the filing fee is $491. (Id.)

On December 12, 2022, CDCR filed a status report in response to the November 28, 2022 order. (ECF No. 130.) CDCR states that it mistakenly sent the court three payments toward plaintiff's filing fee after plaintiff paid the filing fee in full: 1) $8.00 on April 1, 2022; 2) $14 on July 1, 2022; and 3) $6.00 on November 1, 2022. (Id. at 2.) CDCR states that their records have been corrected to reflect that plaintiff does not owe money toward the filing fee in this action. (Id.) CDCR also states that a review of the Ninth Circuit docket does not show that filing fee payments were ordered for the appeal in this action. (Id.) CDCR states that plaintiff's trust account statement likewise does not show an obligation to the Ninth Circuit for the appeal in this action. (Id.)

The Financial Office informed the undesigned that, upon further investigation, plaintiff was not ordered to pay a filing fee for his appeal to the Ninth Circuit. The $14 paid toward the appeal filing fee appears to have been the $14 sent by CDCR to the court on July 1, 2022.

Accordingly, IT IS HEREBY ORDERED that:

1. The Financial Office of the Court is directed to refund plaintiff the $28 overpaid by CDCR for the filing fee in this action;
2. The Financial Office of the Court is directed to amend court records to reflect that plaintiff was not ordered to pay a filing fee for his appeal filed July 1, 2022; court records shall reflect that at this time plaintiff owes no money toward a filing fee for his appeal filed July 1, 2022;
3. Plaintiff's November 17, 2022 request for prison officials to stop taking money from his trust account to pay the filing fee (ECF No. 121) is deemed resolved;

////
////
////

4. The Clerk of the Court is directed to serve this order on the Financial Office of the Court.

Dated: December 16, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mer572.fin