UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>                    Plaintiff,<br><br>         v.<br><br>GOMEZ, et al.,<br><br>                    Defendants. | No.  2: 21-cv-0572 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On December 16, 2022, the undersigned directed the Financial Office of the Court to refund plaintiff the $28 overpaid by the California Department of Corrections ("CDCR") for the filing fee in this action.  (ECF No. 131.)  After the December 16, 2022 order was filed, the Financial Office informed the undersigned that CDCR overpaid $36, rather than $28, for plaintiff's filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Financial Office of the Court is directed to refund plaintiff $36, rather than $28 as previously ordered;
2. The Clerk of the Court is directed to serve this order on the Financial Office of the Court.

Dated:  December 20, 2022

Mer572.ord(6)

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE