IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:21-cv-00572-DAD-KJN<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE** |

　　　Pending before the court is Defendants' motion for a fifty-days extension of time to file a dispositive motion.

　　　Good cause shown, Defendants' motion (ECF No. 139) is GRANTED. The deadline to file a dispositive motion is extended to March 2, 2023.

Dated:  January 10, 2023

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Mer572.eot(d2)

1

Order Granting Defs.' Mot. Modify Disc. & Scheduling Order  (Case No. 2:21-cv-00572-DAD-KJN)