UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No. 2: 21-cv-0572 DAD KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for a settlement conference before Magistrate Judge Boone on October 5, 2023, at 1:00 p.m.

　　　　On September 18, 2023, plaintiff filed a request for appointment of an interpreter to assist him at the settlement conference. (ECF No. 176.) Plaintiff is informed that the court is not authorized to appoint an interpreter to assist plaintiff at the settlement conference. If plaintiff has difficulty understanding the settlement conference proceedings, he shall inform Judge Boone.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's request for appointment of an interpreter to assist him at the settlement conference (ECF No. 176) is denied.

Dated: September 25, 2023

Mer572.int

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE