UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>          Plaintiff,<br><br>     v.<br><br>GOMEZ, et al.,<br><br>          Defendants. | No.  2:21-cv-00572-DAD-KJN (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On October 17, 2023, a settlement conference was held and the parties reached a settlement agreement.

Accordingly, it is HEREBY ORDERED that:

1. All pending deadlines are VACATED; and
2. The parties shall file dispositional documents within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **October 17, 2023**

_____
UNITED STATES MAGISTRATE JUDGE

1