UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>           Plaintiff,<br><br>      v.<br><br>GOMEZ, et al.,<br><br>           Defendants. | No.  2:21-cv-00572-DAD-KJN (PC)<br><br>ORDER REGARDING PLAINTIFF'S REQUEST FOR STATUS OF THE SETTLEMENT FUNDS<br><br>(ECF No. 202) |

On October 17, 2023, the parties settled the instant action filed pursuant to 42 U.S.C. § 1983, at a settlement conference before Magistrate Judge Stanley A. Boone.  (ECF No. 185.)

On October 18, 2023, the action was dismissed with prejudice, pursuant to the parties' stipulation for voluntary dismissal.  (ECF No. 190.)

On December 1, 2023, the Court denied Plaintiff's motions to rescind the settlement agreement and reopen the case.  (ECF No. 201.)

On January 9, 2024, Plaintiff filed a one-page request for the status of the settlement agreement funds.  (ECF No. 202.)  Plaintiff submits that as of December 2023, he has yet to receive the settlement funds.  (Id.)  As stated in the Court's December 1, 2023, order, the terms of the settlement agreement allows 180 days from the Plaintiff delivers to Defendants a signed settlement agreement, a notice of voluntary dismissal with prejudice, and all of the required Payee Date Forms.  (ECF No. 201 at 6, n. 1.)  As the case was settled in October 2023, it is clear that the

1

1  180 days have not passed and Plaintiff's request for disbursement of the settlement funds is
2  premature.  Plaintiff should refrain from filing future requests for the status of the settlement
3  funds until the requisite time period has lapsed.

5  IT IS SO ORDERED.

6  Dated:   **January 10, 2024**

                                      UNITED STATES MAGISTRATE JUDGE