UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOMEZ, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00572-DAD-KJN (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTIONS FOR CLARIFICATION REGARDING SETTLEMENT FUNDS<br><br>(ECF Nos. 204, 205) |

      On October 17, 2023, the parties settled the instant action filed pursuant to 42 U.S.C. § 1983, at a settlement conference before Magistrate Judge Stanley A. Boone. (ECF No. 185.)

      On October 18, 2023, the action was dismissed with prejudice, pursuant to the parties' stipulation for voluntary dismissal. (ECF No. 190.)

      On December 1, 2023, the Court denied Plaintiff's motions to rescind the settlement agreement and reopen the case. (ECF No. 201.)

      On April 5 and April 8, 2024, Plaintiff filed motions for clarification regarding the settlement funds available in his prison trust account. (ECF Nos. 204, 205.)

      In order to appropriately address Plaintiff's motions, the Court HEREBY DIRECTS Defendants to file a response to Plaintiff's motions within **twenty (20)** days from the date of service of this order addressing the deposit and deduction of the settlement funds in Plaintiff's prison trust account.

IT IS SO ORDERED.

Dated: **April 10, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1