UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>         Plaintiff,<br><br>    v.<br><br>GOMEZ, et al.,<br><br>         Defendants. | No.  2:21-cv-00572-DAD-KJN (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S NOTICE RE: SETTLEMENT FUNDS<br><br>(ECF No. 212) |

On October 17, 2023, the parties settled the instant action filed pursuant to 42 U.S.C. § 1983, at a settlement conference before Magistrate Judge Stanley A. Boone. (ECF No. 185.)

On October 18, 2023, the action was dismissed with prejudice, pursuant to the parties' stipulation for voluntary dismissal. (ECF No. 190.)

On December 1, 2023, the Court denied Plaintiff's motions to rescind the settlement agreement and reopen the case. (ECF No. 201.)

On April 5 and April 8, 2024, Plaintiff filed motions for clarification regarding the settlement funds available in his prison trust account.  (ECF Nos. 204, 205.)

On May 16, 2024, the Court determined that Plaintiff's motions for clarification were unfounded and Plaintiff's trust account as of April 29, 2024, properly reflects a remaining balance of $134.40.  (ECF No. 211.)

///
///
///
///
///
///
///

1

On June 6, 2024, Plaintiff filed another notice regarding the settlement funds and states that he has now has a proper TIN number and hopes to get more of his settlement funds. (ECF No. 212.) The Court HEREBY DIRECTS Defendants to file a response to Plaintiff's notice within **twenty (20)** days from the date of service of this order addressing Plaintiff's most recent filing on June 6, 2024.

IT IS SO ORDERED.

Dated:   **June 24, 2024**

UNITED STATES MAGISTRATE JUDGE